UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MELANIE L. WEBER,

                    Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

Case No. 3:12-cv-05311-KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN FORMA
PAUPERIS*

        Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff

does not appear to have funds available to afford the $350.00 filing fee.

        DATED this 19th day of April, 2012.


                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1